FILED
2021 MAR 30 PM 12:18
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JACKIE BATES, individually and on behalf of her son, K.B., <br><br> Plaintiff, <br><br> v. <br><br> CACHE COUNTY SCHOOL DISTRICT; CACHE COUNTY SCHOOL BOARD; JOEL ALLRED; and JOHN ANDERSON, <br><br> Defendants. | **JUDGMENT** <br><br><br> Case No. 1:20-cv-00055-JNP <br><br> District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed with prejudice.

DATED March 30, 2021.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge